THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>ERICA VIETZKE LANKFORD a/k/a ERICA VIETZKE and M.A.L., a minor,<br><br>Interpleader Defendants. | CASE NO. C25-1751-JCC<br><br>ORDER |

On October 21, 2025, the Court granted Interpleader Plaintiff's motion for leave to deposit death benefits of $500,000, along with policy interest. (Dkt. No. 13.) The Court has since received the combined amount of $530,636.47. The Clerk is thus DIRECTED to deposit this amount into the Registry of the Court.

It is so ORDERED this 5th day of November 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C25-1751-JCC
PAGE - 1